# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. Teanne Steinetz            Docket No. 3:02CR00018(PCD)

## PETITION ON PROBATION AND SUPERVISED RELEASE

    **COMES NOW**, Charmaine R. Harkins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Teanne Steinetz who was sentenced for a violation of 18 U.S.C. § 1344, Bank Fraud, by the Honorable William J. Nealon, U.S. District Judge for the Middle District of Pennsylvania, on May 18, 2001, who fixed the period of incarceration to three months, followed by five years supervised release which commenced on November 19, 2001. The following special conditions were imposed: 1) The defendant shall authorize release to the U.S. Probation Officer of any and all financial information/records including state and federal income tax returns, by execution of a release of financial information form, or by any other appropriate means, as directed by the probation officer; 2) The defendant is prohibited form incurring new credit charges, or opening additional lines of credit, without the approval of the probation officer; 3) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, in an amount to be determined by the probation officer; 4) The defendant shall participate in a mental health treatment program, as directed by the probation officer. The subject shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, in an amount to be determined by the probation officer; 5) The defendant shall submit to one drug test within fifteen (15) days of her release from custody and at least two periodic drug tests thereafter; 6) The defendant shall make restitution in in the amount of $17,000 in minimum monthly installments of $25; and 7) The defendant shall participate in counseling as directed by the probation officer.

The defendant's term of supervision commenced on November 19, 2001 and is scheduled to terminate on November 18, 2006. Transfer of jurisdiction was accepted by the District of Connecticut on March 19, 2002 and assigned to the Honorable Peter C. Dorsey, Senior U.S. District Judge.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1 - Mandatory Condition: "The defendant shall not commit another federal, state, or local crime."

On May 24, 2005, Ms. Steinetz was arrested by the Newington, Connecticut Police Department and charged with Interfering with an Officer; Resisting Arrest; Larceny, 5th Degree and Forgery, 2nd Degree. She was released on a $10,000 non-surety bond and was instructed to appear in New Britain Superior Court on August 5, 2005 under docket number H15NCR050222273-S. Ms. Steinetz allegedly attempted to cash a false payroll check at a grocery store and proceeded to allegedly destroy the check while she was being questioned by police. On June 3, 2005, the defendant was arrested by the Newington, Connecticut Police Department and charged with Larceny, 1st Degree, Identity Theft/Impersonation 1st Degree and Forgery 2nd Degree (3 counts). She was released on a $25,000 non-surety bond and was instructed to appear in New Britain Superior Court on August 5, 2005 under docket number H15N-CR05-0222387-S. Ms. Steinetz allegedly counterfeited three checks under a false name, deposited them into her bank account and then withdrew $34,735.54.      Cont. on Page 2.

**PRAYING THAT THE COURT WILL ORDER** the issue of a warrant to be lodged as a detainer for Ms. Steinetz, with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 12th day of August 2005 and ordered filed and made a part of the records in the above case.

The Honorable ~~Peter C. Dorsey~~ Christopher F. Droney
Senior United States District Judge

Before me, the Honorable ~~Peter C. Dorsey~~ Christopher F. Droney, Senior United States District Judge, on this 12th day of August 2005, at New Haven, U.S. Probation Officer Charmaine R. Harkins appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

Sworn to By

Charmaine R. Harkins
United States Probation Officer

Place New Haven, Connecticut

Date August 12, 2005

Senior United States District Judge Christopher F. Droney

Cont. Page 2

On May 26, 2005, the Newington, Connecticut Police Department conducted an investigation at the Newington, Connecticut Price Chopper Market. On July 13, 2005, a warrant was issued, charging the defendant with Forgery, 2nd Degree (4 counts), Issuing a Bad Check (4 counts) and Larceny, 3rd Degree for successfully negotiating four (4) counterfeit checks totaling $1,728.72. She was arrested on July 7, 2005 for a violation of her state probation and is currently detained at the York Correctional Institution, Niantic, Connecticut. The defendant is scheduled to appear in New Britain Superior Court on August 5, 2005. According to the New Britain Superior Court Clerk's Office, Ms. Steinetz was arraigned on July 8, 2005 and her bond was set at $50,000. She is scheduled to appear in court again on August 5, 2005 under docket number H15NCR990185991.

Charge No. 2- Standard Condition: "You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."

The offender did not report her arrest on May 24, 2005 until May 30, 2005. Additionally, she did not report the questioning by the Newington Police Department on April 5, 2005 until May 30, 2005.

Charge No. 3- Standard Condition: "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

On May 4, 2005, Ms. Steinetz submitted her April 2005 Monthly Supervision Report (MSR). In this report, the defendant signed the form indicating that all the information contained on the form was true. She indicated that she had not been questioned by a police officer during the month of April nor had she been named as a defendant in any criminal case. As noted in the attached police report, Ms. Steinetz was interviewed on April 5, 2005 by the Newington Police Department regarding the criminal complaint filed against her for Larceny. The Probation Office learned of this latter arrest when Ms. Steinetz called the Probation Office on June 4, 2005 indicating that she had been arrested on June 3, 2005.